IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CRIMINAL ACTION |
| v. : | NO: 1:04-CR-67-CC |
| : | |
| RODNEY RICHARDSON, : | |
| : | |
| Defendant, : | |

SATISFACTION OF MONETARY
PORTION OF JUDGMENT

The special assessment, fine and/or restitution portion of the judgment in the above-captioned case having been paid, the Clerk of the United States District Court for the Northern District of Georgia is hereby authorized and empowered to satisfy and cancel said portion of record.

Respectfully submitted,
RYAN K. BUCHANAN
UNITED STATES ATTORNEY

/s/ Vivieon K. Jones
VIVIEON K. JONES
Assistant United States Attorney
Georgia Bar No. 143033
600 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
Ph.: 404-581-6350
Fax: 404-581-6167
vivieon.jones@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have this 5th day of March, 2024 electronically filed the within and foregoing Satisfaction of Monetary Portion of Judgment with the Clerk of Court using the CM/ECF system and that I have served the defendant by depositing a copy of the same in the United States mail at his address of record.

/s/ Vivieon K. Jones